**FILED**
Apr 18, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 206-945-1672. | CASE NO. 1:22-SW-00087-SKO<br><br>[~~PROPOSED~~] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

    The United States has represented that there exists an ongoing investigation into the drug trafficking activities of the party named in the application and warrant, signed February 15, 2022, which authorized agents of Homeland Security Investigations to ascertain the physical location of the cellular telephone bearing the number (206) 945-1672, including but not limited to E-911 Phase II data (GPS and/or other precise location information) for a period of 30 days.

    The government further has represented that service of the notice required by Federal Rules of Criminal Procedure 41(f) would compromise the ongoing investigation by disclosing its existence to the targets.

    Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 60 days (through and including June 17, 2022).

    Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

For good cause shown, THE COURT FURTHER ORDERS that this order and the government's ex parte motion be sealed.

IT IS SO ORDERED.

Dated: **Apr 18, 2022**

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE